**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 18-cv-937-RM-KLM

SHERETTA MURRAY, individually and
on behalf of similarly situated persons,

    Plaintiff,

v.

TIPS, INC.,

    Defendant.

___

**ORDER GRANTING MOTION TO DISMISS CERTAIN OPT-IN PLAINTIFFS**
___

This matter is before the Court on Defendant's Unopposed Motion to Dismiss Certain Opt-in Plaintiffs (ECF No. 74) filed pursuant to Fed. R. Civ. P. 41(b). Pursuant to Rule 41(b), "[i]f the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it." The Court, having considered the Motion and the court record, finds that the following putative opt-in plaintiffs have failed to comply with various orders of this Court: Martin, Scott, McGibbeny, Andersen, Hall, Kashaka, Lewis, Coleman, Bishop, and Caudill. It is therefore

ORDERED that Defendant's Motion (ECF No. 74) is GRANTED; and it is

FURTHER ORDERED that pursuant to Fed. R. Civ. P. 41(b) the following opt-in plaintiffs are dismissed without prejudice "Brian Martin", Spencer Scott, Karen McGibbeny,

James Andersen, Quintin Hall, Kenyatta Kashaka, Jason Lewis, Eric Coleman, Christian Bishop, and Samantha Caudill; and it is

FURTHER ORDERED that Plaintiff's counsel shall (1) mail a copy of this Order forthwith to the ten opt-in plaintiffs at their last known mailing address, and (2) on or before Tuesday, March 26, 2019, file a certificate of service of such mailing.

DATED this 25th day of March, 2019.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge